# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAI HON LA, | : |
| Petitioner, | : |
| v. | : No. 4:18-CV-80 |
| CLAIRE DOLL, | : (Judge Brann) |
| Respondent. | : |

## ORDER

**AND NOW**, this 2nd day of May 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner's habeas corpus action is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge